JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR 16-81-JLR |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING UNOPPOSED<br>) MOTION TO CONTINUE TRIAL<br>) DATE |
| RAUL BOJORQUEZ, | ) |
| Defendant. | ) ~~(PROPOSED)~~ |

Based on the unopposed motion of the defendant to continue the trial date and based upon the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that:

1. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent additional time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii). The additional time requested is a reasonable period of delay, as the defense needs

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(*U.S. v. Raul Bojorquez;;* CR16-81-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 additional time to address additional material that has recently come to light which may
2 affect the resolution of the case.

3     4. Taking into account the exercise of due diligence, a continuance is necessary
4 to allow the defendants the reasonable time for effective preparation of their defense.
5 18 U.S.C. § 3161(h)(7)(B)(iv).

6     NOW, THEREFORE,

7     IT IS HEREBY ORDERED that the trial date is continued from May 31, 2016,
8 to June 27, 2016. The resulting period of delay from May 31, 2016, to June 27, 2016, is
9 hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

10     DONE this 19th day of May, 2016.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Raul Bojorquez

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE
(*U.S. v. Raul Bojorquez;;* CR16-81-JLR) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100