The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL ANDRES BOJORQUEZ,<br><br>Defendant. | No. CR16-081-JLR<br><br>[PROPOSED]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- $126,160.00 in United States currency, more or less, seized from Defendant on or about February 25, 2016.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

[Proposed] Final Order of Forfeiture - 1
U.S. v. Raul Andres Bojorquez, CR16-081-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the plea agreement he entered on June 9, 2016, Defendant Raul Andres Bojorquez ("the Defendant") forfeited his interest in the above-listed currency pursuant to 18 U.S.C. § 982(a)(1) (Dkt. No. 27, ¶ 11);
- On September 9, 2016, the Court entered a Preliminary Order of Forfeiture finding the currency forfeitable pursuant to 18 U.S.C. § 982(a)(1) and forfeiting the Defendant's interest in it (Dkt. No. 35);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 38); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed currency exists in any party other than the United States;

2. The above-listed currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-identified currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 24th day of March, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[Proposed] Final Order of Forfeiture - 2
U.S. v. Raul Andres Bojorquez, CR16-081-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2

3  /s/ Michelle Jensen

4  MICHELLE JENSEN, WSBA #36611
   Assistant United States Attorney
5  United States Attorney's Office
   700 Stewart Street, Suite 5220
6  Seattle, WA 98101-1271
7  (206) 553-2242
   Michelle.Jensen@usdoj.gov
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Final Order of Forfeiture - 3
U.S. v. Raul Andres Bojorquez, CR16-081-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970